FILED
May 12 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ TC DEPUTY

SEALED
ORDERED UNSEALED on 06/08/2026 s/ scotttwee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISTOBAL ANTONIO PONCE JUAREZ (1),<br>aka "hpcrack,"<br>aka "hasolo99,"<br>HECTOR GABRIEL GUERRERO SALAZAR (2),<br>Defendants. | Case No. '26 CR1791 TWR<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1349 – Wire Fraud Conspiracy; Title 18, U.S.C., Sec. 1343 – Wire Fraud; Title 18, U.S.C., Sec. 1956(h) – Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 1956(a)(1)(B)(i) – Concealment Money Laundering; Title 18, U.S.C., Sec. 1956(a)(2)(B)(i) – International Concealment Money Laundering; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 1956(a)(1)(A)(i) – Promotion Money Laundering; Title 18, U.S.C., Secs. 982(a)(1), 982(a)(2) and 982(b) – Criminal Forfeiture |

The Grand Jury charges that, at all times material to this Indictment, on or about the dates stated below:

1. Defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others orchestrated a multi-level marketing scheme to defraud hundreds of victims out of millions of dollars.

2. To steal victims' credit/debit card information, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others ran websites, wherein

victims would provide their debit/credit card information in the hopes of winning free high-end products such as Mini Drones, Le Creuset Cookware, Taylormade golf clubs, Bose speakers, Samsung Galaxies, Apple iPhones, MacBook Pro laptops and Dyson vacuum cleaners. The victims did not receive the proffered products.

3. Instead, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others harvested the victims' credit/debit card information and used it to charge the victims for items they never purchased from websites that they never visited.

4. Defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others continued to apply fictitious purchases to the victims' credit/debit cards at irregular intervals and under different company and website names. To maximize their profits, they automated the deductions from the victims' cards. Because they were in possession of the victims' card information, they continued to charge victims' cards until the victims cancelled their cards.

5. If the victims' banks and/or card companies questioned the fraudulent purchases, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others would provide screenshots of fake business websites where these alleged purchases were made, and paired them with the illegitimately collected card information to validate these fictitious purchases. Because the charges were made in different smaller amounts from different websites, victims often failed to identify all the fraudulent charges on their credit/debit card bills. Between the purchases never identified

and disputed, and the disputes where the fraudsters prevailed, millions of dollars in charges were stolen annually through this scheme.

6. Once the charge on the victims' card went through, the victims' money would be deposited into bank accounts associated to fake business websites, also controlled surreptitiously by defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others. Soon after the money was deposited into the bank accounts affiliated to the fake business websites, they would transfer the victims' money to other bank accounts until it was funneled into umbrella bank accounts controlled by defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others.

7. Defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others' goal was to steal the victims' money and then conceal the source, location, ownership, and control of the stolen funds, so they could enrich themselves and others without getting caught.

**Count 1 – Conspiracy to Commit Wire Fraud**

**(18 U.S.C. § 1349)**

8. Beginning on a date unknown to the grand jury but no later than September 1, 2023, and continuing to a date unknown to the grand jury, within the Southern District of California and elsewhere, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR did conspire, confederate and agree with each other and others known and unknown to the grand jury, for the purpose of executing the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises,

and omissions, and knowingly caused the following writings, signs, signals, pictures, and sounds to be transmitted by means of wire communication in interstate commerce in furtherance of the conspiracy. All in violation of Title 18, United States Code, Section 1349.

**Counts 2-4 - Wire Fraud**

**(18 U.S.C. § 1343)**

9. The allegations contained in paragraphs 1 through 8 of this Indictment are re-alleged and fully incorporated herein by reference.

10. On or about the dates set forth below, within the Southern District of California and elsewhere, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others who reported to the defendants, for the purpose of executing the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, knowingly caused the following writings, signs, signals, pictures, and sounds to be transmitted by means of wire communications in interstate commerce:

| Count | Date | Recipient/Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|
| 2 | 7/26/2024 | Wells Fargo Bank Account Ending In x7165, Associated to Lion Factor Inc | $1,077.86 |
| 3 | 8/14/2024 | Wells Fargo Bank Account Ending In x7165, Associated to Lion Factor Inc | $1,696.39 |
| 4 | 9/30/2024 | Wells Fargo Bank Account Ending In x7165, Associated to Lion Factor Inc | $114.90 |

All in violation of Title 18, United States Code, Section 1343.

//

//

**Count 5 - Conspiracy to Launder Monetary Instruments**

**(18 U.S.C. § 1956(h))**

11. The allegations contained in paragraphs 1 through 10 of this Indictment are re-alleged and fully incorporated herein by reference.

12. Beginning on a date unknown to the grand jury but no later than September 1, 2023, and continuing to a date unknown to the grand jury, within the Southern District of California and elsewhere, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack" aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR did knowingly conspire and agree with each other and with others known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a. to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is wire fraud, in violation of Title 18, United States Code, Section 1343, and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, with the intent to promote the carrying on of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, and conspiracy to commit wire fraud, in violation of

Title 18, United States Code, Section 1349, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

c. to knowingly transport, tramsmit and transfer a monetary instrument from a place in the United States to a place outside the United States (Mexico), knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343, and knowing that such transport, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such unlawful activity, in violation of Title 18, United States Code, 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

**Counts 6-11 - Concealment Money Laundering**

**(18 U.S.C. § 1956(a)(1)(B)(i))**

13. The allegations contained in paragraphs 1 through 12 of this Indictment are re-alleged and fully incorporated herein by reference.

14. On or about the dates set forth below, within the Southern District of California and elsewhere, defendant CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack" aka "hasolo99," and others, knowing that the property involved in the financial transaction represented the proceeds

of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343, knowingly and willingly conducted and caused to be conducted the following financial transactions designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such unlawful activity:

| Count | Date | Sending Bank | Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 6 | 9/19/2023 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $35,000.00 |
| 7 | 12/06/2023 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $180,000 |
| 8 | 01/02/2024 | PNC Bank Account Ending in x4828, Associated to Country South Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $70,000 |
| 9 | 04/29/2024 | JP Morgan Chase Bank Account Ending In x6073, Associated to Livs Stones Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $20,000 |

| Count | Date | Sending Bank | Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 10 | 05/24/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $60,000 |
| 11 | 06/10/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | Bank of America Account Ending in x4725 Associated to PW Advertising | $20,000 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**Counts 12-18 - International Concealment Money Laundering**

**(18 U.S.C. §§ 1956(a)(2)(B)(i) & 2)**

15. The allegations contained in paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

16. On or about the dates set forth below, within the Southern District of California and elsewhere, defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, and others knowingly transported, tramsmitted and transferred a monetary instrument from a place in the United States to a place outside the United States (Mexico), knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343, and knowing that such transport, transmission and transfer was designed in whole or

in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such unlawful activity:

| Count | Date | Sending Bank | Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 12 | 09/29/2023 | Bank of America Account Ending in x6725 Associated to PW Advertising | Banco Nacional de México Associated to Clariad Performance SA DE CV | $57,500 |
| 13 | 11/17/2023 | Bank of America Account Ending in x6725 Associated to PW Advertising | Banco Nacional de México Associated to Clariad Performance SA DE CV | $2,000 |
| 14 | 11/29/2023 | Bank of America Account Ending in x6725 Associated to PW Advertising | Banco Nacional de México Associated to Clariad Performance SA DE CV | $6,000 |
| 15 | 01/04/2024 | Bank of America Account Ending in x6725 Associated to PW Advertising | CIBanco SA Account Associated to Clariad Performance SA DE CV | $6,000 |
| 16 | 02/07/2024 | Bank of America Account Ending in x6725 Associated to PW Advertising | CIBanco SA Account Associated to Clariad Performance SA DE CV | $8,500 |
| 17 | 02/16/2024 | Bank of America Account Ending in x6725 Associated to PW Advertising | CIBanco SA Account Associated to Clariad Performance SA DE CV | $5,000 |

| Count | Date | Sending Bank | Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 18 | 05/21/2024 | Bank of America Account Ending in x6725 Associated to PW Advertising | CIBanco SA Account Associated to Clariad Performance SA DE CV | $10,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

**Counts 19-26 – Promotion Money Laundering**

**(18 U.S.C. § 1956(a)(1)(A)(i))**

17. The allegations contained in paragraphs 1 through 16 of this Indictment are re-alleged and fully incorporated herein by reference.

18. On or about the dates set forth below, within the Southern District of California and elsewhere, defendant CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and others, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, namely conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343, knowingly and willingly conducted and caused to be conducted the following financial transactions designed in whole or in part to promote the carrying on of the specified unlawful activity:

| Count | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 19 | 02/26/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $25,000 |

| Count | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 20 | 03/18/2024 | JP Morgan Chase Bank Account Ending In x2911, Associated to Brandcrafter Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $61,876 |
| 21 | 03/18/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $30,000 |
| 22 | 04/02/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $26,307.88 |
| 23 | 04/02/2024 | JP Morgan Chase Bank Account Ending In x2911, Associated to Brandcrafter Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $50,000 |
| 24 | 04/05/2024 | JP Morgan Chase Bank Account Ending In x2911, Associated to Brandcrafter Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $50,000 |

| Count | Date | Sending Bank | Recipient/ Receiving Bank | Approx. Amount (USD) |
|---|---|---|---|---|
| 25 | 05/20/2024 | JP Morgan Chase Bank Account Ending In x2718, Associated to Azure Alligator Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $35,000 |
| 26 | 05/20/2024 | JP Morgan Chase Bank Account Ending In x2911, Associated to Brandcrafter Inc | JP Morgan Chase Bank Account Ending In x0910, Associated to Verdon Oasis Consulting LLC | $90,651.36 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

**FORFEITURE ALLEGATIONS**

19. The allegations contained in paragraphs 1 through 26 of this Indictment are re-alleged and fully incorporated herein by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(2).

20. Upon conviction of one and more of the offenses alleged in Counts 1 through 11, and pursuant to Title 18, United States Code, Section 982(a)(2), defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, shall forfeit to the United States all of their rights, title, and interest in any property constituting or derived from proceeds the defendants and others obtained directly or indirectly as a result of the violations.

21. Upon conviction of one and more of the offenses alleged in Counts 12 through 26, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, shall forfeit to the United States all of the rights, title, and interest in any property, real and personal, involved in the offenses and any property traceable to such property.

22. If, as a result of any act or omission of defendants CRISTOBAL ANTONIO PONCE JUAREZ, aka "hpcrack," aka "hasolo99," and HECTOR GABRIEL GUERRERO SALAZAR, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) to forfeit substitute property, up to the value of the property described above. All pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2), and 982(b).

DATED: May 12, 2026.

[redacted]

ADAM GORDON
United States Attorney

By: ______________________________
ALEXANDRA F. FOSTER
Assistant U.S. Attorney